PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff STEPHEN TURNER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEPHEN TURNER, an individual

Plaintiff,

vs.

WHITTIER PETROLEUM, LLC, a limited liability company,

Defendants.

Case No.: 2:25-cv-11716-MAR

**[~~PROPOSED~~] JUDGMENT**

# ~~[PROPOSED]~~ JUDGMENT

On August 5, 2026, the Court entered an order granting plaintiff Stephen Turner's ("Plaintiff") motion for default judgment against Defendant WHITTIER PETROLEUM, LLC, a limited liability company ("Defendant"). Consequently,

**IT IS ORDERED AND ADJUDGED**

1. That Plaintiff recover $3,680.00 in attorney's fees from Defendants;
2. That Plaintiff recover $460.00 in costs from Defendant;
3. That Plaintiff recover $4,000.00 in statutory damages under the Unruh Civil Rights Act;
4. That Defendant is enjoined to ensure that accessibility barriers at the Property located at 11347 Washington Blvd., Whittier, CA 90606-3140 (the "Property"), are removed and/or corrected, including but not limited to ensuring that accessible parking and pathways at the Property are accessible;
5. That the action be, and is hereby dismissed.

Dated: 9/02/26

Honorable Margo A. Rocconi
United States Magistrate Judge

# PROOF OF SERVICE

**CASE NAME:** ***TURNER vs. WHITTIER PETROLEUM, et al.***

**CASE NUMBER:** **2:25-cv-11716-MAR**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 12341 Newport Ave., Suite B200; North Tustin, California 92705

On July 7, 2026, I served the foregoing document described as:

**[PROPOSED] JUDGMENT**

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

WHITTIER PETROLEUM, LLC
11347 Washington Blvd.
Whittier, CA 90606

**[X] <u>BY MAIL</u>**

**[X]** I deposited such envelope in the mail at North Tustin, California. The envelope was mailed with postage thereon fully prepaid.

**[X]** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at North Tustin California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Dated: July 7, 2026

/s/ Pamela Tsao
Pamela Tsao